

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00445-CR

Nelson Anthony **JASSO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017 CRB 696 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

On July 2, 2018, appellant filed his notice of appeal. On July 20, 2018, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record and that appellant has failed to file a designation of record.

We, therefore, ORDER appellant to provide written proof to this court **within fourteen (14) days** of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. We FURTHER ORDER appellant to file written proof to this court **within fourteen (14) days** of the date of this order that he has filed a designation of record with the court reporter.

We also note that appellant's docketing statement, which was due on July 19, 2018, has not been filed. We ORDER appellant to file his docketing statement in this court **within fourteen (14) days** of the date of this order.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2018.



KEITH E. HOTTLE,
Clerk of Court